# United States Court of Appeals for the Fifth Circuit

No. 22-50103
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 4, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LUCAS MARIE MEDRANO,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:21-CR-276-1

Before HIGGINBOTHAM, GRAVES, and HO, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Lucas Marie Medrano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Medrano has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50103

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.